IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAR 0 4 2020

Clerk, U.S. District Court
District Of Montana
Missoula

ANTHONY REBICH, and SHERRY
REBICH,

Plaintiffs,

vs.

DEPARTMENT OF VETERANS
AFFAIRS, UNITED STATES OF
AMERICA, and DOES 1 through 10,
inclusive,

Defendants.

CV 19–26–M–DWM

ORDER

Defendant United States having filed an unopposed motion for leave to file

the Declaration of Amy Kelly and Exhibits A though N under seal,

IT IS ORDERED that the motion (Doc. 33) is GRANTED. The Clerk of

Court is directed to file the lodged declaration and its attached exhibits under seal.

DATED this ___ day of March, 2020.

Donald W. Molloy, District Judge
United States District Court