IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTHONY REBICH, and SHERRY REBICH,<br><br>                Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF VETERANS AFFAIRS, UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>                Defendants. | CV 19–26–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The bench trial set for November 9, 2020, is VACATED.

DATED this  16th  day of July, 2020.

                                                  11:07 AM
                              Donald W. Molloy, District Judge
                              United States District Court